

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08cr389-1D (1)

NO. 5:08cr389-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | I N D I C T M E N T |
| ) | |
| CARLOS VERVE-RODRIGUEZ ) | |
| WINSTON MENDEZ-COLON ) | |

The Grand Jury charges that:

### COUNT ONE

On or about February 16, 2008, in the Eastern District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, to wit, the Federal Correctional Complex, Butner, North Carolina, the defendants, CARLOS VERVE-RODRIGUEZ and WINSTON MENDEZ-COLON, aiding and abetting each other, did knowingly assault another person with a dangerous weapon, with intent to do bodily harm, and without just cause or excuse, in violation of Title 18, United States Code, Sections 113(a)(3) and 2.

### COUNT TWO

On or about February 16, 2008, in the Eastern District of North Carolina, at a place within the special maritime and territorial jurisdiction of the United States, to wit, the Federal Correctional Complex, Butner, North Carolina, the defendants, CARLOS VERVE-RODRIGUEZ and WINSTON MENDEZ-COLON, did knowingly

assault another person with a dangerous weapon, with intent to do bodily harm, and without just cause or excuse, in violation of Title 18, United States Code, Sections 113(a)(3) and 2.

A True Bill



GEORGE E.B. HOLDING
United States Attorney

BY: _____
YVONNE V. WATFORD-MCKINNEY
Assistant United States Attorney
Criminal Division