UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

5:08-CR-389-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| WINSTON MENDEZ-COLON ) | |
|     Defendant. ) | |
| _____ ) | |

Notice is hereby given that WINSTON MENDEZ-COLON, defendant in the above named case, hereby appeals to the Unites States Court of Appeals for the 4th Circuit from the final judgment entered in this action on the 23rd day of March, 2010.

The court appointed Attorney McCoppin to represent the defendant in the district court. Attorney McCoppin is unable to represent the defendant on this appeal. Defendant is indigent as asks the court to appoint appellate counsel.

Respectfully submitted this 29th day of March, 2010

        /s/ Andrew McCoppin
        ANDREW MCCOPPIN
        Attorney for the Defendant
        McCoppin & Associates Attorneys at Law, P.A.
        Post Office Box 2884,
        Raleigh, NC 27602
        Telephone: 919-516-3622
        Fax:        919-461-4949
        Email: andrew@mccoppinlaw.com
        California State Bar No.    175242
        North Carolina State Bar No. 27125
        CJA Appointed Counsel

CERTIFICATE OF SERVICE

      Today, I served a copy of the foregoing upon the United States by electronic filing with CM/ECF to the person identified below:

      Mr. Yvonne Watford McKinney, Assistant for
      The Unites States Attorney for the
      Eastern District of North Carolina
      310 New Bern Avenue
      Suite 800 Federal Building
      Raleigh, NC 27601-1461

Respectfully submitted this 29th day of March, 2010

      /s/ Andrew McCoppin
      ANDREW MCCOPPIN
      Attorney for the Defendant
      McCoppin & Associates Attorneys at Law, P.A.
      Post Office Box 2884,
      Raleigh, NC 27602
      Telephone: 919-516-3622
      Fax:      919-461-4949
      Email: andrew@mccoppinlaw.com
      California State Bar No.    175242
      North Carolina State Bar No. 27125
      CJA Appointed Counsel